IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 1:03-CR-250-16 |
| v. | : |
| | : (J. Conner) |
| BRETT JOHNS | : |
| Defendant | : |
| | : |

## ORDER OF COURT

**AND NOW** this __6TH__ day of September, 2005, upon consideration of the Defendant's Motion for Re-Sentencing Via Video Teleconferencing, **IT IS HEREBY ORDERED** that the motion is **GRANTED.**

The Clerk's Office for the Middle District of Pennsylvania shall coordinate the re-sentencing by video teleconferencing scheduled for September 14, 2005 at 9:30 a.m.

The Clerk's Office for the Middle District of Pennsylvania shall coordinate the re-sentencing by video teleconferencing with Tara Moran at FCI Fort Dix, (609) 723-1100, extension 113.

Christopher C. Conner,
United States District Judge